UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANKASA LAND TRUST,<br>Plaintiff,<br>v.<br>TOTAL LENDER SOLUTIONS, INC., et al.,<br>Defendants. | Case No. 1:26-cv-03827-KES-CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING ACTION WITHOUT PREJUDICE, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Docs. 2, 12 |

Plaintiff Bankasa Land Trust initiated this action with the filing of a complaint on May 18, 2026. Doc. 1. That same day, Plaintiff filed an ex parte motion for temporary restraining order ("TRO"). Doc. 2. On June 3, 2026, the magistrate judge issued findings and recommendations to deny the motion for TRO, concluding that Plaintiff failed to carry his burden of demonstrating that the Court has subject matter jurisdiction over the claims asserted, among other deficiencies. Doc. 6. On July 28, 2026, the Court adopted the findings and recommendations and denied the motion for TRO. Doc. 8.

As it appeared that Plaintiff might be unable to cure the defects regarding subject matter jurisdiction, on August 7, 2026, the magistrate judge ordered Plaintiff to show cause in writing within 14 days why this action should not be dismissed for lack of subject matter jurisdiction. Doc. 11. That order notified Plaintiff that "[a]ny failure by Plaintiff to comply with this Order and timely file a response will result in the imposition of sanctions, including a recommendation

to dismiss this action." *Id.* Plaintiff failed to respond to the order to show cause.

Thereafter, on August 27, 2026, the magistrate judge issued findings and recommendations, recommending that this action be dismissed for lack of subject matter jurisdiction. Doc. 12. The findings and recommendations informed Plaintiff that any objections were due within fourteen days and that a failure to file timely objections may result in the waiver of rights on appeal. *Id.* Plaintiff did not file any objections, and the time to do so has expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review. Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis.

Accordingly, the Court ORDERS:

1. The findings and recommendations issued on August 27, 2026, Doc. 12, are ADOPTED IN FULL;
2. The action is DISMISSED without prejudice; and
3. The Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: September 22, 2026

UNITED STATES DISTRICT JUDGE